POOR QUALITY ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# MICHIGAN

| | |
|---|---|
| MELISSA LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHIGAN SECRETARY OF STATE JOCELYN BENSON, DETROIT CITY CLERK JANICE WINFREY,<br><br>    Defendant(s), | Case: 4:25-cv-13105<br>Assigned To : Behm, F. Kay<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 10/2/2025<br>Description: CMP LOVE v<br>MICHIGAN SECRETARY OF STATE ET AL (JP) |

| | |
|---|---|
| Melissa Love<br>6073 Whitewood<br>Detroit, Michigan 48210.<br>(313) 728-4343 | Detroit Clerk Winfrey<br>2978 W. Grand Blvd,<br>Detroit, MI 48202<br>(313)876-0190 |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF:

This complaint arises under the National Voter Registration Act of 1993, 52 U.S.C. 20501 et, seq.

## JURISDICTION AND VENUE:

1. This action arises under the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. 20501.
2. Jurisdiction is proper under 28 U.S.C. 1331 because this case presents federal question.
3. Venue is proper in this district under 28 U.S.C., 1391 because the Defendant(s) resides in this district and the events giving rise to this claim occurred here.

## PARTIES:

4. Plaintiff Melissa Love is a United States citizen, resident of Wayne County, State of Michigan, and duly registered voter eligible to vote in Federal elections in the City of Detroit.
5. Defendant Jocelyn Benson is the Secretary of State/Chief Election Official of Michigan, responsible for supervising elections and ensuring compliance with the NVRA.
6. Defendant Janice Winfrey is the Detroit Clerk/Chief Election Official of Detroit, responsible for supervising Detroit elections and ensuring compliance with the NVRA.

## FACTUAL ALLEGATIONS:

On and around January of 2025, Plaintiff discovered that her voter record was in-accurate; particularly it showed that the Plaintiff had voted Absentee in the November 2020 Detroit Presidential election, and the August 2024 National Primary Election. Prior to November of 2024, the Plaintiff had never voted her entire life absentee or in-person.

On May 6, 2025 the Plaintiff testified before the Michigan "Election Integrity Committee" chaired by Rep. Rachel Smith of the Michigan House of Representatives. The nature of the Plaintiff testimony was concerning the fraudulent use of the Plaintiff's name in the 2020 November Detroit Presidential election, and the August 2024, national Detroit Primary election. On June 12, 2025, Plaintiff sent written notice to both Defendant(s) pursuant to 52 U.S.C. 20501(b), describing the violation and requesting correction. Since then, more than 90 days have passed since the notice, and the Defendant(s) has failed to remedy the violation. Plaintiff has spoken with the Defendant(s) concerning obtaining the camera footage for the August 2024 election, to show Plaintiff never went into the election poll August 2024; but to no avail.

Absentee voting is an intentional process, the Plaintiff would first have to request an application; be mailed a ballot, then return the ballot by either mail or in person. In November 2020, the Plaintiff knew nothing about an absentee

ballot process, had never voted her entire life. The Plaintiff first discovered the term absentee January 2025, when she learned of the election violations that were committed against her.

Federal Courts have ruled that the time limits start at the time the violation is discovered. No American citizen would know, or should know that someone would cast fake votes using their name in two Federal elections.

## CLAIMS FOR RELIEF:

a. The Defendant(s) failure to maintain accurate voter registration records violates Section 8 of the NVRA, 52 U.S.C. 20507.
b. The Defendant(s) failure to correct the Plaintiff's voter record after verbal, written and testimonial notice violates Section 2(b) of the NVRA, 52 U.S.C. 20501.

## PRAYER FOR RELIEF:

**WHEREFORE,** Plaintiff respectfully request that this Court:

1. Declare that the Defendant(s) is in violation of the NVRA.
2. Issue an injunction requiring Defendant(s) to correct Plaintiff voter record and ensure compliance with the NVRA.
3. Award Plaintiff reasonable Attorney fees and cost pursuant to 52 U.S.C., 20501.
4. Award Plaintiff fees for the egregious act of ignoring that someone cast fake votes in the Plaintiff name in two Federal elections.
5. Grant such other relief as the Court deems just and proper.

Respectfully, submitted,

*Melissa Love*

Melissa Love

6073 Whitewood

Detroit, MI 48210.

Dated: September 27, 2025

11/6/24

# VOTING RECORD FOR

## MELISSA ANN-MINAE LOVE

### 6073 WHITEWOOD ST DETROIT MI 48210



| Election Date | Election Type | Absentee Voter |
|---|---|---|
| 11/05/2024 | STATE GENERAL | NO |
| 08/06/2024 | STATE PRIMARY | NO |
| 11/03/2020 | STATE GENERAL | YES |

Total 3

Said registrations were transferred as followed:

| | |
|---|---|
| Moved to Highland Park, MI 48203 | 06-15-18 |
| 17523 Santa Rosa Dr. (21) | 12-13-19 |
| 17390 Northlawn (21) | 05-03-22 |
| 6073 Whitewood (10) | 11-01-23 |

## Affidavit of Melissa Love

STATE OF MICHIGAN

COUNTY OF WAYNE

The undersigned, **Melissa Love**, being duly sworn and says:

a. I am over the age of 18 and am a resident of the State of Michigan. I have personal knowledge of the facts set forth below, and if called a witness, could testify completely thereto.

b. I suffer no legal disabilities, and have personal knowledge and belief, and the information is true and correct.

1. That in the **November 3, 2020**, Presidential Election in Detroit, some unknown individuals from the Detroit Election Department filled out a false absentee ballot application using my identity, and someone cast a false ballot in my name in that same election. At no time did I fill out an absentee ballot application, I couldn't tell you what one looked like. At no time did I cast an absentee ballot vote in any election.

2. On **August 4, 2024**, someone cast a fake ballot using my identity in the Detroit Election. At no time did I vote in that election, at no time did I authorize anyone to cast a vote for me in that election.

I swear under the penalty of perjury that the above mentioned is true and will be willing to testify to this in front of any departmental personnel, or the Court of Law.

Dated: February 24, 2025

Respectfully submitted,
**Melissa Love**

Notary: *Melissa Love*

MARY A. RUFFNER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Sep 30, 2029
ACTING IN COUNTY OF Wayne
11th of March 2029

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Melissa Love

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
6073 Whitewood
Detroit, MI 48202

## DEFENDANTS
Michigan Secretary of State Benson, Detroit Clerk Winfrey

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
2978 W Grand Blvd.
Detroit, MI 48202

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☒ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

441

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
52 U.S.C. 20501
Brief description of cause:
Voting Rights Violation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE  Robert White
DOCKET NUMBER  24-11072

DATE: 09/28/2025
SIGNATURE OF ATTORNEY OF RECORD: *Melissa Love*

**FOR OFFICE USE ONLY**

RECEIPT #  _____  AMOUNT  _____  APPLYING IFP  _____  JUDGE  _____  MAG. JUDGE  _____