UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA LOVE,                                           Case No. 25-13105

       Plaintiff,                                    F. Kay Behm
v.                                                      United States District Judge

JOCELYN BENSON, *et al.*,                               Elizabeth A. Stafford
                                                        United States Magistrate Judge

       Defendants.

_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MARCH 4, 2026
REPORT AND RECOMMENDATION (ECF No. 26)**

Currently before the court is Magistrate Judge Elizabeth A. Stafford's March 4, 2026 Report and Recommendation.  (ECF No. 26).  Magistrate Judge Stafford recommends dismissing Plaintiff's complaint for lack of standing and failure to state a claim on which relief may be granted.  *Id*.  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the

Magistrate Judge's Report and Recommendation (ECF No. 26) and **DISMISSES** the

complaint with prejudice.

     **SO ORDERED**.

Date: April 2, 2026                 s/F. Kay Behm
                                         F. Kay Behm
                                         United States District Judge